IN THE CIRCUIT COURT FOR ALLEGANY COUNTY, MARYLAND

Case Number: 01-C-10-034739 OC

Asemani Vs The Islamic Republic Of Iran, Et Al

To:   Ramon Rozas III
      Friend & Rozas
      201 Washington Street
      Cumberland, MD 21502

JUDGMENT

This matter having been decided by:

   A Judge;

   With Judge W. Timothy Finan presiding,
   it is this  22nd Day of July, 2016

**ORDERED AND ADJUDGED THAT:**

( _ )   The complaint is dismissed without leave to amend.

(X)   **Judgment in favor of:**   Billy G. Asemani

        And Against:   The Islamic Republic of Iran

      (X)    in the sum of   $4,000,000.00

( _ )   All relief is denied.

( _ )   Costs are assessed against

_____
W. Timothy Finan

_____
Dawne D. Lindsey
Clerk of the Circuit Court
of Allegany County

Date Issued: 07/25/16

Copies to:
CC: Raymond F Weston Esq
    The Islamic Republic Of Iran
    The Islamic Republic Of Iran

><



# CIRCUIT COURT FOR ALLEGANY COUNTY, MARYLAND
30 Washington Street
Cumberland, Maryland 21502
Clerk's Office: (301) 777-5922 Fax: (301) 777-2100 Assignment Office: (301) 777-5921 Family Magistrate: (301) 777-2387 Child Support Magistrate: (301) 777-2408 Family Services: (301) 777-2102

Case Number: 01-C-10-034739

Asemani Vs The Islamic Republic Of Iran, Et Al

## CERTIFICATION OF TRUE COPY

I HEREBY CERTIFY that I am authorized to make this certification, and that the attached is a true copy of: Judgment taken from the records of above court in the above entitled case.



IN TESTIMONY WHEREOF I hereto set my hand and affix the seal of the Circuit Court of Maryland for Allegany County on this 06/11/2019.

*Dawne D. Lindsey*

Dawne D. Lindsey
Clerk of the Circuit Court

01-C-10-34739

Billy Asemani

Vs

The Islamic Republic of Iran

Judgment

DAWNE D. LINDSEY
CLERK OF THE CIRCUIT COURT
CUMBERLAND
ALLEGANY COUNTY, MARYLAND